Friday,
May 29.

THE MARION and LOGANSPORT RAILROAD COMPANY *v.*
LOMAX.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—This case is in all respects like that be-
tween the same parties, reported in 7 Ind. R. 648; and for
the reasons there given, the judgment is reversed with
costs.    Cause remanded with leave to the plaintiff to
amend his complaint.

*I. Van Devanter* and *J. F. McDowell,* for the appellants.
*A. Steele* and *H. D. Thompson,* for the appellee.